**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLUSHCRUNCH STUDIO LLC, | |
| Plaintiff, | Case No. 25-cv-10261 |
| v. | **Judge Charles P. Kocoras** |
| LUMEIPING111, et al., | **Magistrate Judge** |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BlushCrunch Studio LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| EvoBigmen | 2 |
| EvoCupsBD | 3 |
| EvoKidBD | 4 |
| French fries vv | 12 |
| FullofPrinting | 13 |
| GGGull Design Studio | 20 |
| GoneBucketing Hat | 27 |
| H Classic Chic | 30 |
| HCYSX | 34 |
| HHHedgehog Design Studio | 37 |
| Hundred Year Old | 45 |
| JieHomeLive | 54 |
| JIN LEI SHOP | 57 |
| Jsdzi local | 60 |
| KeyiKeai | 65 |
| linlinaaa | 73 |
| linlinlinhy | 74 |

Dated this 2nd day of October 2025.  Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff BlushCrunch Studio LLC*