**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLUSHCRUNCH STUDIO LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LUMEIPING111, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-10261<br><br>**Judge Charles P. Kocoras**<br><br>**Magistrate Judge Beth W. Jantz** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BlushCrunch Studio LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| HHMshop | 38 |
| I like it myself banone | 47 |

Dated this 10th day of October 2025.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Trevor C. Talhami
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Trevor C. Talhami
　　　　　　　　　　　　　　　　　　　　Madeline B. Halgren
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　200 West Madison Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　ttalhami@gbc.law
　　　　　　　　　　　　　　　　　　　　mhalgren@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff BlushCrunch Studio LLC*