**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLUSHCRUNCH STUDIO LLC, | |
| Plaintiff, | Case No. 25-cv-10261 |
| v. | **Judge Charles P. Kocoras** |
| LUMEIPING111, et al., | **Magistrate Judge Beth W. Jantz** |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Blushcrunch Studio LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| F I V E | 6 |
| Fi T shirt | 9 |
| Glimmer Threads | 25 |
| Hamburg Clothing | 33 |
| Klyvia | 67 |
| Li Sister Li | 72 |
| JUNLONG-US | 87 |
| LovelyPeripheral | 91 |

Dated this 16th day of October 2025.

Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Blushcrunch Studio LLC*